# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2265
LT Case No. 2023-DP-000001

_____

D.S., Mother of J.G., a Child,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
John David Galluzzo, Judge.

D.S., Mother, Winter Park, pro se.

Kelley Schaeffer, of Children's Legal Services, Bradenton, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division, of
Statewide Guardian ad Litem Office, Tallahassee, for Statewide
Guardian ad Litem.

March 27, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____